UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

Federal Election Commission                                    CIVIL

VERSUS                                                          21-346-BAJ-SDJ

Defend Louisiana PAC et al

### CLERK'S ENTRY OF DEFAULT

Service having been executed on Defendants, Defend Louisiana PAC and Taylor Townsend on July 13th, 2021, and no answer, claim or other responsive pleadings having been filed;

IT IS ORDERED the Plaintiff's Motion for Entry of Default against, Defendants, Defend Louisiana PAC and Taylor Townsend be and is hereby GRANTED.

Baton Rouge, Louisiana, this 13th day of August 2021.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: *[signature]*
Deputy Clerk

cc: Defend Louisiana PAC
P.O. Box44313
Baton Rouge, LA 70804

Taylor Townsend
320 St. Dennis Street
Natichitoches, LA 71457