UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FEDERAL ELECTION COMMISSION  CIVIL ACTION

VERSUS

DEFEND LOUISIANA PAC, ET AL.  NO. 21-00346-BAJ-SDJ

## FINAL JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 8th day of August, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA