UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERAL ELECTION COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civ. No. 21-346-BAJ-SDJ |
| v. | )<br>) MEMORANDUM IN SUPPORT |
| DEFEND LOUISIANA PAC, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**MEMORANDUM IN SUPPORT OF FEC'S MOTION TO AMEND JUDGMENT**

Pursuant to Fed. R. Civ. P. 59(e), Plaintiff Federal Election Commission ("FEC" or "Commission") respectfully requests the Court to amend the Final Judgment entered on August 8, 2022 (Doc. No. 16), to conform with the Court's prior order granting default judgment to the Commission.

In its Final Judgment, the Court states that the action is dismissed "with prejudice." However, the July 22, 2022 Ruling and Order entered by the Court granted the FEC's Motion for Default Judgment and issued a civil penalty against Defendants in the amount of $41,056. (Doc. No. 15.) The Court also ordered that defendants are permanently enjoined from further violations of 52 U.S.C. §§ 30104(b)(6)(B)(iii) and 30104(a)(1), and required defendants to correct Defend Louisiana PAC's November 28, 2016 pre and post runoff reports. (*Id.*)

The FEC requests an amendment of the Final Judgment to state that the Commission is entitled to the judgment set forth in the Court's Ruling and Order. This amendment will remove any potential ambiguity about the FEC's ability to execute and collect on the judgment entered by the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/Jacob S. Siler |
| Lisa J. Stevenson<br>Washington, D.C. Bar 457628<br>Acting General Counsel<br>Federal Election Commission<br>1050 First Street NE<br>Washington, DC 20463<br>P: (202) 694-1650<br>F: (202) 219-1043<br>lstevenson@fec.gov | Jacob S. Siler<br>Washington, D.C. Bar 1003383<br>Assistant General Counsel<br>Federal Election Commission<br>1050 First Street NE<br>Washington, DC 20463<br>P: (202) 694-1650<br>F: (202) 219-1043<br>jsiler@fec.gov |

Kevin Deeley
Massachusetts Bar 644486
Associate General Counsel
Federal Election Commission
1050 First Street NE
Washington, DC 20463
P: (202) 694-1650
F: (202) 219-1043
kdeeley@fec.gov

August 19, 2022